# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Sadge A. Hildebrandt

v.

Jeff Richards, et al.

Case No. 25-3091

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Sadge A. Hildebrandt
_____
[Party or Parties][1]

_____

Sadge A. Hildebrandt
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Samuel Weiss
_____                    _____
Name of Counsel                                     Name of Counsel

/s/ Samuel Weiss
_____                    _____
Signature of Counsel                                Signature of Counsel

1800 M Street NW Front 1 #33821
_____                    _____
Mailing Address and Telephone Number                Mailing Address and Telephone Number

sam@rightsbehindbars.org
_____                    _____
E-Mail Address                                      E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

6/18/2025
Date

/s/ Samuel Weiss
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____6/18/2025_____ I sent a copy of this Entry of Appearance
              [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                     [state method of service]

6/18/2025
_____
Date

/s/ Samuel Weiss
_____
Signature