**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 26, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

SADGE A. HILDEBRANDT,

    Plaintiff - Appellant,

v.

JEFF RICHARDS, et al.,

    Defendants - Appellees.

No. 25-3091
(D.C. No. 5:25-CV-03043-JWL)
(D. Kan.)

_____

## ORDER
_____

This appeal arises from the district court's order dismissing Appellant Sadge Hildebrandt's case for failure to state a claim under 28 U.S.C. § 1915A.  In his brief, Hildebrandt identifies a case currently pending before the United States Supreme Court, _Landor v. Louisiana Department of Corrections & Public Safety_, 82 F.4th 337 (5th Cir. 2023), _cert. granted_, 145 S. Ct. 2814 (U.S. June 23, 2025) (No. 23-1197), that could impact whether his individual capacity claim under the Religious Land Use and Institutionalized Persons Act is available.

We abate this appeal pending the Supreme Court's decision in _Landor_. Meanwhile, appellant must file a status report every sixty days until the Court issues a decision, advising of the status of _Landor_; within five days after the Supreme Court

decision issues, appellant must file a status report advising that the Court has issued

a decision.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk